# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS,
## HOUSTON DIVISION

| | | |
|---|---|---|
| **NEELAM KAINTURA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **C.A.: 4:23-CV-00922** |
| | ) | |
| **DASPIT LAW FIRM, PLLC** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>DECLARATION OF KIERNAN MCALPINE</u>

Kiernan McAlpine hereby declares the following in support of Daspit Law Firm, PLLC's Motion To Compel Arbitration Pursuant To 9 U.S.C. §4 And Motion To Dismiss Collective Action Claims Pursuant To Fed. R. Civ. P. 12(b)(6) (the "Motion").

1. My name is Kiernan "Kier" McAlpine.  I have been a partner at the Daspit Law Firm since May 8, 2018.

2. I am licensed in the State of Texas to practice law, State Bar No. 24058519.  I was admitted to practice in November of 2009 and am in good standing with the State Bar of Texas.  I have been practicing as a litigation attorney for over twelve years.  I am admitted and in good standing with the Northern, Southern, Western, and Eastern United States District Courts of Texas, and the United States Court of Appeals for the Fifth Circuit.

3. I am licensed to practice in the State of New Mexico since January of 2018 and am in good standing with the State Bar of New Mexico.  I have been licensed to practice in the State of Georgia and the State of Alabama since April of 2023.

4. I have been admitted to practice in the Southern District of Texas since 2011.

5. I am Board Certified in Personal Injury Trial Law by the Texas Board

of Legal Specialization since 2018.

6. I am a custodian of records for the Daspit Law Firm.

7. The document attached hereto as "Daspit Law Firm Employee Handbook January 2020" is a true and correct copy of the original kept in the ordinary course of business at or near the time by a person with knowledge.

8. The "**MUTUAL AGREEMENT TO ARBITRATE CLAIMS**" appearing in internal pages 28-30 is a true and correct copy of the original kept in the ordinary course of business at or near the time by a person with knowledge.

9. My name is Kiernan McAlpine.  My date of birth is May 20, 1983.  My address is 440 Louisiana St. Ste. 1400, Houston, Texas 77002.  I declare under penalty of perjury that the foregoing is true and correct.

Executed in Harris County, Texas on the 15th day of May, 2023.

KIERNAN MCALPINE

# Daspit Law Firm

## Employee
## Handbook

### January 2020

## ABOUT THIS HANDBOOK / DISCLAIMER

This handbook was prepared to assist in finding the answers to questions that the employee may have regarding employment with Daspit Law Firm. All employees are responsible for reading and understanding this Employee Handbook; therefore, please take the necessary time to read it.

Although this Handbook provides answers to most questions employees may have about Company policies and procedures, it may not provide answers for all questions. Employees may at any time find answers to questions about policies or procedures by discussing the matter with a team leader or manager.

Neither this handbook nor any other verbal or written communication by a management representative should be considered as an agreement, contract of employment (expressed or implied), or a promise of treatment in any particular manner in any given situation. Daspit Law Firm adheres to the policy of employment at will, which permits the Company or employee to terminate the employment relationship at any time, for any reason, with or without cause or notice.

**Employment at-will may only be altered in an individual case or generally in writing signed by a Partner of the Company.**

Many matters covered by this handbook, such as benefit plan descriptions, are also described in separate company documents. Such Company documents supersede statements made in this handbook or by any member of management.

This handbook states only general company guidelines. The Company may, at any time, in its sole discretion, modify or vary from anything stated in this handbook, with or without notice, except for the rights of the parties to terminate employment at will.

This dated copy of the handbook supersedes all prior handbooks.

## CONFIDENTIALITY OF COMPANY INFORMATION

At all times during employment, employees are bound by the Company's most current Confidentiality & Non-Disclosure Agreement. The most current language of that Agreement supersedes anything in this Handbook. The most current Confidentiality & Non-Disclosure Agreement is a condition of employment and your continued employment constitutes acceptance of the Agreement. Nothing in this policy or the Agreement is meant to, nor should be interpreted to, in any way limit your rights under any applicable federal, state, or local laws, including your rights under the National Labor Relations Act. This handbook and its terms are also confidential.

In general, associates, management, officers and employees at all levels, in the course of performance of their duties, acquire a great deal of confidential and proprietary information concerning the business of the Company. This information is privileged and must be held in the strictest confidence and used solely for Company purposes. No information should be divulged to persons outside the Company, either during or after employment, except disclosures required by legal process and information specifically authorized for release by written approval from clients.

Confidentiality is also required with respect to certain privileged information regarding the Company. Financial information, including, but not limited to, assets, liabilities, equity, cash flow, expenses, settlements, fees, salaries, and wages, regarding the Company should not be released to any outside person or organization unless it has been published, reported, and made available to the public through authorized news releases. Any news media inquiries, particularly in emergencies or highly controversial or very sensitive issues, must be referred to a Partner. If questions arise about how to handle a situation, please discuss it with a team leader or manager.

**Please note that your obligation to maintain Company confidentiality information extends beyond employment service with the Company. Do not assume that information or work product is no longer confidential or owned by the Company because you are no longer a Company employee.**

# EMPLOYMENT PRACTICES

## Equal Employment Opportunity

Daspit Law Firm is an Equal Opportunity Employer that does not discriminate on the basis of actual or perceived race, creed, color, religion, alienage or national origin, ancestry, citizenship status, age, disability or handicap, sex, marital status, veteran status, sexual orientation, genetic information, arrest record, or any other characteristic protected by applicable federal, state or local laws. Our management team is dedicated to this policy with respect to recruitment, hiring, placement, promotion, transfer, training, compensation, benefits, employee activities and general treatment during employment.

The Company will endeavor to accommodate the sincere religious beliefs of its employees to the extent such accommodation does not pose an undue hardship on the Company's operations. If you wish to request such an accommodation, please speak to your team leader or manager. Employees with questions or concerns about equal employment opportunities in the workplace are encouraged to bring these issues to the attention of their team leader or manager. Note: If your team leader or manager is the person toward whom the concern is directed, you should contact any team leader or manager in your reporting chain. The Company will not allow any form of retaliation against individuals who raise issues of equal employment opportunity. To ensure our workplace is free of artificial barriers, violation of this policy will lead to discipline, up to and including discharge. All employees must cooperate with all investigations.

## Americans with Disabilities Act ("ADA")

Consistent with its policy of nondiscrimination, the Company will provide reasonable accommodations to any individual with a qualifying disability, consistent with the ADA and any other federal, state, or local law, who has made the Company aware of his/her disability, provided that such accommodation does not constitute an undue hardship on the Company.

## No-Harassment Policy and Complaint Procedure

It is our policy to prohibit intentional and unintentional harassment of any individual by another person based on any protected classification including, but not limited to, race, color, national origin, disability, religion, marital status, veteran status, sexual orientation or age. The purpose of this policy is not to regulate our employees' personal morality, but to ensure that in the workplace, no one harasses another individual.

## Sexual Harassment

It is the Company's policy to prohibit harassment of any employee by any team leader or manager, employee, customer or vendor based on sex or gender. The purpose of this policy is not to regulate personal morality within the Company. It is to ensure that at the Company all employees are free from sexual harassment. While it is not easy to define precisely what types of conduct could constitute sexual harassment, examples of

4

prohibited behavior among employees include unwelcome sexual advances, requests for sexual favors, obscene gestures, displaying sexually graphic magazines, calendars or posters, sending sexually explicit e-mails, text messages and other verbal or physical conduct of a sexual nature, such as uninvited touching of a sexual nature or sexually related comments. Depending upon the circumstances, improper conduct also can include sexual joking, vulgar or offensive conversation or jokes, commenting about an employee's physical appearance, conversation about your own or someone else's sex life, or teasing or other conduct directed toward a person because of his or her gender which is sufficiently severe or pervasive to create an unprofessional and hostile working environment.

## Examples of Prohibited Unlawful Harassment

Prohibited unlawful harassment includes, but is not limited to, the following behavior:

a) Verbal conduct such as epithets, derogatory jokes or comments, slurs, unwanted sexual advances, invitations or comments;
b) Visual conduct such as derogatory and/or sexually oriented posters, photography, cartoons, drawings or gestures;
c) Physical conduct such as assault, unwanted touching, blocking normal movement or interfering with work because of sex, race, or any other protected class; and
d) Threats or demands to submit to sexual requests as a condition of continued employment, or to avoid some other loss, and offers of employment benefits in return for sexual favors.

## Complaint Procedure

If you believe that you have been subjected to conduct which violates this policy, you should immediately report the matter to your team leader or manager. If you are unable for any reason to contact this person, or if you have not received a satisfactory response within five (5) business days after reporting any incident of what you perceive to be harassment, please contact a manager at the firm. Note: If your team leader or manager is the person toward whom the complaint is directed, you should contact any team leader or manager in your reporting chain. Every report of perceived harassment will be fully investigated, and corrective action will be taken where appropriate. Violation of this policy will result in disciplinary action, up to and including immediate termination. Any team leader or manager who knew about the harassment and took no action to stop it or failed to report the prohibited conduct may also be subject to disciplinary action. The Company considers harassment to be a major offense that can result in suspension or discharge of the offender. All complaints will be kept confidential to the extent possible, but confidentiality cannot be guaranteed. In addition, the Company will not allow any form of retaliation against individuals who report unwelcome conduct to management or who cooperate in the investigations of such reports in accordance with this policy. Employees who make complaints in bad faith may be subject to disciplinary action, up to and including discharge. All employees must cooperate with all investigations.

If you have reported harassment and are dissatisfied in any way with the action taken, immediately report your dissatisfaction to the next higher level of management.

  
**No Retaliation**

No reprisals or retaliation against an employee reporting an allegation of harassment will be tolerated. The Company will take disciplinary action against anyone who seeks reprisal because of harassment being reported or information being provided regarding harassment.

## DRUG AND ALCOHOL POLICY

A.  **General Policy**

To protect the well-being of its employees, clients, and the public, the Company prohibits all its employees from doing any of the following:

1.  Reporting to work or otherwise being on the job under the influence of any illegal drugs or sensory-altering substances or using illegal drugs or sensory-altering substances off the job where such use is detrimental to the Company's business or could affect the employee's performance.

    The term "illegal drugs" means inhalants (other than nicotine), any prescription drugs not prescribed for the employee's current use by a licensed health care professional or not used as prescribed, and over-the-counter drugs that are not used for their intended purpose and according to manufacturer's directions, and any substances regarded as illegal or controlled under either federal or state law.

    The term 'sensory-altering substances' means any non-prescribed substance that is not an illegal drug but causes sensory alterations, disorientation, hallucinations, lack of physical control, impairment of an employee's full bodily and mental functions, or otherwise affects the employee's performance on the job.  This term is meant to include new designer drugs which impact an employee's work performance but have not been declared illegal;

2.  Reporting to work or otherwise being under the influence of alcohol on the job.

B.  **Employee Consent**

Prior to performing drug or alcohol testing on employees, the employee will be required to sign a form consenting to the testing listed on the form and acknowledging that a confirmed positive test result can result in disciplinary action.  An employee's refusal to consent and submit to lawful testing will be considered misconduct and a <u>voluntary termination</u> by the employee.  In addition, refusal to consent to post-accident testing as provided herein may result in the employee forfeiting the right to collect worker's compensation benefits.

C.  **Prescription Medications**

Employees are not permitted to work while under the influence of any narcotics, regardless of having been prescribed by a licensed physician, unless that physician has performed an individualized assessment of the employee and the essential functions of the job at issue and determined that the prescribed drug will not constitute a direct threat in the workplace nor will it interfere with the employee's ability to perform those essential functions. This includes taking any narcotic medication at any point within six (6) hours prior to arriving at work or taking anything while at work. Violation of this policy will result in in disciplinary action, up to and including termination. Any employee who believes they may be entitled to a reasonable accommodation of this policy under the Americans with Disabilities Act should contact Human Resources.

D.  **Drug and Alcohol Testing**

1.  **Specimens to be Tested:**  The Company may use breath, blood and urine specimens to test for alcohol.  Urine and blood specimens, and hair specimens (unless prohibited by applicable state law), may be used to test for drugs.

2.  **Drug and Alcohol Testing Frequency and Conditions:**  The Company may administer drug and alcohol testing under the following circumstances and under the following conditions:

    a.  **Pre-Employment:**  All employment offers may be contingent upon the results of an alcohol and drug test.

    b.  **Reasonable Suspicion:**  Any employee exhibiting signs and symptoms of using drugs or alcohol or being under the influence in violation of this policy may be tested.  These signs and symptoms may include, but are not limited to, awkward or unusual behavior, recognizable body or breath odors, slurred speech, confusion, anxiety and altered mental status.  An employee's involvement in an accident on the job to which the employee appears to have caused or contributed will be sufficient grounds for reasonable suspicion testing.

    c.  **Random:**  Employees may be tested on a periodic, random basis for drugs and alcohol.

    d.  **Compliance Testing:**  Employees who participate in alcohol or drug rehabilitation as a condition to continued employment may be tested to determine the employee's compliance with rehabilitation.  Testing may occur at least once a year for two years, with no advance notice.

E.  **Disciplinary Actions**

1. **Disciplinary Action for Positive Alcohol Test Results:**  The Company shall use the following alcohol levels for administering disciplinary actions:

0 to 0.019 – Considered to be negative unless the employee's normal faculties are impaired due to alcohol consumption.

0.020 to 0.039 – A minimum of 1 day/shift disciplinary unpaid time off.

0.040 and Over – Immediate termination.

2. **Disciplinary Action for Violations of this Policy Concerning Illegal Drugs**: Employees who violate this Policy regarding illegal drugs will be immediately terminated. All applicants with a confirmed positive test result for illegal drugs will not be hired.

## Workplace Violence

The Company is strongly committed to providing a safe workplace. The purpose of this policy is to minimize the risk of personal injury to employees and damage to Company and personal property.

We do not expect you to become an expert in psychology or to physically subdue a threatening or violent individual. Indeed, we specifically discourage you from engaging in any physical confrontation with a violent or potentially violent individual. However, we do expect and encourage you to exercise reasonable judgment in identifying potentially dangerous situations.

Experts in the mental health profession state that prior to engaging in acts of violence, troubled individuals often exhibit one or more of the following behaviors or signs: over-resentment, anger and hostility; extreme agitation; making ominous threats such as bad things will happen to a particular person, or a catastrophic event will occur; sudden and significant decline in work performance; irresponsible, irrational, intimidating, aggressive or otherwise inappropriate behavior; reacting to questions with an antagonistic or overtly negative attitude; discussing weapons and their use, and/or brandishing weapons in the workplace; overreacting or reacting harshly to changes in Company policies and procedures; personality conflicts with co-workers; obsession or preoccupation with a co-worker, team leader, or manager; attempts to sabotage the work or equipment of a co-worker; blaming others for mistakes and circumstances; demonstrating a propensity to behave and react irrationally.

## Prohibited Conduct

Threats, threatening language or any other acts of aggression or violence made toward or by any Company employee WILL NOT BE TOLERATED. For purposes of this policy, a threat includes any verbal or physical harassment or abuse, any attempt at intimidating or instilling fear in others, menacing gestures, flashing of weapons, stalking or any other hostile, aggressive, injurious or destructive action undertaken for the purpose of domination or intimidation. To the extent permitted by law, employees and visitors are prohibited from carrying weapons onto Company premises.

8

**Procedures for Reporting a Threat**

All potentially dangerous situations, including threats by co-workers, should be reported immediately to any member of management with whom you feel comfortable. Reports of threats may be maintained confidential to the extent maintaining confidentiality does not impede our ability to investigate and respond to the complaints. All threats will be promptly investigated. All employees must cooperate with all investigations. No employee will be subjected to retaliation, intimidation or disciplinary action as a result of reporting a threat in good faith under this policy.

If the Company determines, after an appropriate good faith investigation, that someone has violated this policy, the Company will take swift and appropriate corrective action.

**If you are the recipient of a threat made by an outside party, please follow the steps detailed in this section. It is important that Daspit Law Firm be aware of any potential danger in its offices. Indeed, effective measures will be taken to protect everyone from the threat of a violent act by an employee or by anyone else.**

9

## OPERATIONAL POLICIES

**Employee Classifications**

For purposes of this handbook, all employees fall within one of the classifications below:

**Full-Time Employees:** those who regularly work 32+ hours per week, who were not hired on a short-term basis.

**Short-Term Employees:** - those hired for specific short-term projects, a short-term freelances, per diem or on a temporary basis. Short-term employees generally are not eligible for Company benefits but are eligible to receive statutory benefits.

In addition to the above classifications, employees are categorized as either **"exempt"** or **"non-exempt"** for purposes of federal and state wage and hour laws. Employees classified as exempt do not receive overtime pay; they generally receive the same weekly salary regardless of hours worked. Such salary may be paid less frequently than weekly. Employees are be informed of their classification when hired and informed of any subsequent change to their classifications.

**Safe Harbor Policy for Exempt Employees**

It is our policy and practice to accurately compensate employees and to do so in compliance with all applicable state and federal laws. To ensure that employees are paid properly and that no improper deductions are made, all employees must review their pay stubs promptly to identify and report all errors.

Once classified as "exempt", salaried employees receive a salary which compensates them for all hours worked for the Company. This salary is established at the time of hire or when the employee becomes classified as "exempt". Although subject to review, the salary will be a predetermined amount that will not be subject to deductions for variations in the quantity or quality of the work performed.

Under federal and state law, employee salary is subject to certain deductions. For example, unless state law requires otherwise, your salary can be reduced for the following reasons:

- Full-day absences for personal reasons
- Full-day absences for sickness or disability
- Full-day disciplinary suspensions for infractions of our written policies and procedures
- Family and Medical Leave absences (either full- or partial-day absences)
- To offset amounts received as payment for jury and witness fees or military pay
- The first or last week of employment in the event employee works less than a full week
- Any full work week in which employee does not perform any work

Employee salary may also be reduced for certain types of deductions such as health, dental, or life insurance premiums; state, federal or local taxes; social security; or voluntary contributions.

In work weeks in which the employee performed any work, the salary will not be reduced for any of the following reasons:

- Partial day absences for personal reasons, sickness, or disability
- Absence on a day when management closes Daspit Law Firm on a scheduled workday
- Absences for jury duty, attendance as a witness, or military leave in any week in which work has been performed
- Any other deductions prohibited by state or federal law

However, unless state law provides otherwise, deductions may be made to your accrued leave for full- or partial-day absences for personal reasons, sickness, or disability.

If an employee believes that he/she has been subject to any improper deductions, he/she should immediately report the matter to his/her team leader or manager. If that person is unavailable or if deemed inappropriate to contact that person (or if a prompt and fully acceptable reply is not received), the employee should immediately contact any team leader or manager in the Company with whom he/she feels comfortable.

**Introductory Period**

All new and rehired employees work on an introductory basis for the first three (3) full calendar months after their date of hire. The introductory period is intended to give new employees the opportunity to demonstrate their ability to achieve a satisfactory level of performance and to determine whether the new position meets their expectations. The Company uses this period to evaluate employee capabilities, work habits, and overall performance. If the Company determines that the designated introductory period does not allow enough time to thoroughly evaluate the employee's performance, the introductory period may be extended for a specified period. Either the employee or the Company may end the employment relationship at will at any time during or after the introductory period, with or without cause or advance notice. Successful completion of the introductory period should not be considered an automatic guarantee of continued employment.

A performance evaluation will be conducted at the end of the introductory period.

**Employment Records**

In order to obtain an employee position, personal information was provided, such as address, personal email, and telephone number. This information is contained in your personnel file. Please keep your personnel file up to date by informing a team leader or manager of any changes. Also, please inform the team leader or manager of any specialized training or skills acquired while employed, as well as any changes to any required visas. Unreported changes of address, marital status, etc. affect withholding tax and benefit coverage. Further, an "out of date" emergency contact or an inability to reach an employee in a crisis could cause a severe health or safety risk or other significant problem.

**Working Hours and Schedule**

Normal operating hours are from 7:00 a.m. to 8:00 p.m., Monday through Friday. Employees are assigned a work schedule and expected to begin and end work according to the schedule. A work schedule allows for flexibility to accommodate an 8-hour workday but should be consistent each workday and must accommodate assigned departmental needs, job responsibilities, and Management approval. To accommodate the needs of the Company, individual work schedules may need to be adjusted. Employees will be provided meal and break periods as required by law.

The mandatory lunch period for all non-exempt employees is thirty (30) minutes to sixty (60) minutes depending on schedule. Lunch or meal periods are unpaid. Lunch should be scheduled to ensure department coverage and support operating requirements. Non-exempt employee may not work through lunch without documented authorization in advance by a team leader or manager.

Any and all work by a non-exempt employee outside of their standard workweek schedule must be approved in writing in advance by a team leader or manager.

**Overtime**

When the company is experiencing periods of extremely high activity, additional work is required from all employees. Team leaders and managers are responsible for monitoring business activity and requesting overtime work when necessary. Effort will be made to provide adequate advance notice in such situations.

Any hourly non-exempt employee who works overtime will be compensated at the rate of one and one-half times (1.5) his/her normal hourly wage for time worked in excess of forty (40) hours each week, unless otherwise required by law. All overtime requests must have prior written approval from an attorney or Maria Cadena.

**Outside Employment**

The Company respects each employee's right to pursue activities or employment during non-working hours unless those activities interfere with or conflict with the performance of his/her job or create a conflict of interest. Before accepting outside work, or any other compensated work, the employee should discuss it with his/her team leader or manager. If currently employed outside the Company, the employee must notify his/her team leader or manager immediately for the Company to determine whether there is a conflict of interest.

**Proof of Right to Work**

As a condition of employment, each new employee, regardless of employment category, must complete the first section of the *Immigration and Naturalization Service* Form 1-9 on their first day of work and submit the proper identification documents in order to complete the remaining sections of the form within the first three (3) working days after the commencement of employment.

12

## NO SOLICITATION/DISTRIBUTION POLICY

To prevent disruption or interference with work and inconvenience to other employees, the following rule has been implemented.

There shall be no solicitation or distribution of literature of any kind by any employee during actual working time. Working time does not include lunch and rest breaks. There is to be no distribution of literature of any kind by employees in work areas while work is in progress. Solicitation and distribution, for purposes of this policy, include the use of Company computer systems, e-mail, or voice mail.

### Fundraising and Nonprofit Organizations

Employees who wish to raise funds for a school fund raiser or solicit donations for a nonprofit organization is required to submit a flyer to your team leader or manager for approval. This flyer should minimally include the Fundraising or Nonprofit Organizations event details. Details should include what it is for, who benefits, cost of each item being sold or a list of what is requested to be donated, your personal contact information and times you will be available to discuss any questions pertaining to the flyer, outside of business hours. If approved, the employee can post the flyer and the items for sale in the break room for all to see. No employee is permitted to approach another employee at their workstation with money to purchase anything. All transactions must be done when employees are clocked out for lunch or on their break.

The Company will not be held responsible for the accuracy of any data contained in the flyer, the product or the actual event. The Company will not have any responsibility in the collection of the funds, lost, damaged or stolen funds or goods. The Company reserves the right to refuse any and all employees from posting any flyers about any product, service or charitable endeavors.

Any employee who violates any part of this policy will be subject to disciplinary action, up to and including termination.

Non-employees are always prohibited from soliciting and distributing literature anywhere on Company property. Non-employees have no right of access to any area of the premises other than areas open to the public and then access only in conjunction with the areas' public use.

### Employee Personnel Files; References

Employee personnel files and the information they contain are confidential and the personal property of the Company. As such, we will limit disclosure of any information in an employee's personnel file only in those situations in which the Company determines a release of the information is necessary due to business or legal reasons. Employment and compensation verification requests from third parties in connection with a current or former employee's application for a mortgage, auto loan, residential rental, or other similar item will be accommodated after permission to do so has been obtained from the employee. Employment and compensation verification requests from third parties in connection with a former employee's application for new employment with a different company will also be

13

accommodated after permission to do so has been obtained from the former employee. Requests for personal references of a former employee by a future employer will be directed to a Partner. It shall be the policy of the company to only release dates of employment, job title and eligibility for rehire in most instances.

**Recordkeeping/Timesheets**

To comply with all applicable laws, and to calculate pay and benefits properly, the Company must keep accurate records of time worked. All employees are responsible for accurately recording their own time, absences, and time off through proper use of the time clock system. If work is performed outside of the office after clocking out for the day, then the employee must email the date and times worked to Accounting and copy to his/her team leader or manager no later than Sunday evening of that work week. If the employee is eligible for overtime or time worked outside the office, it should be noted on the timesheet.

Recording information for another employee is prohibited. An employee signature and that of his/her team leader or manager on the timesheet indicates that the information is an accurate record of time for that period. No adjustments will be made to signed timesheets unless a mathematical error or other obvious mistake is found.

Once an employee has clocked in for work, he/she should immediately start working. No employee is permitted to clock in for work and then immediately take a meal period. The mandatory meal period for all non-exempt employees is thirty (30) to sixty (60) minutes depending on schedule. Meal and lunch periods are unpaid. This includes leaving the office to pick up lunch from an establishment or vendor. Periodically employees may be approved, by their team leader or manager, to have a working lunch by eating their meal at their desk while continuing to work. However, these exceptions must be approved in advance and properly documented as an approved working lunch.

**Payroll Deductions**

Payroll stubs itemize deductions made from gross earnings. By law, the Company is required to make deductions for Social Security, federal income tax, and any other appropriate taxes. These required deductions also may include any court-ordered garnishments. Payroll stubs will also differentiate between regular pay received and overtime pay received.

Other deductions from pay, which may be made based on employees' written authorizations, may include, but are not limited to:

> Reimbursements for accounting errors;
> Reimbursements for lost or returned Company equipment;
> Optional Insurance premiums

If an error has been made on an employee paycheck, the matter should be brought to the

14

attention of the team leader or manager immediately so that the Company may resolve the matter quickly and amicably.

Paychecks are given only to employees, unless a request has been made to have checks mailed, or another person is authorized in writing to accept checks for the employee.

### Salary Advances

Daspit Law Firm does not permit advances on paychecks or against accrued paid time off.

### Expenses and Reimbursements

Only authorized business and travel expenses are reimbursed.

## EMPLOYEE RELATIONS

### Attendance and Tardiness

Regular attendance at work is important. Each employee is expected to perform his/her share of the work. Absences place an unfair burden on other employees and affect overall performance. Employees are expected to be at work each day unless excused by a team leader or manager.

Although it may be necessary for an employee to be absent on occasion, due to illness or other compelling reasons, all employees are required to notify the Company in advance when possible and before the start of the normal work date. This should be done by notifying the team leader or manager and if he/she is unavailable, another authorized Company representative should be informed. A voice mail message is **not** satisfactory.

The Company reserves the right to require certification of a licensed physician to verify the reason given for an absence for any duration.

Excessive unexcused absences and chronic tardiness are grounds for termination.

### Performance Reviews

Depending on position and classification, Daspit Law Firm endeavors to review performance annually. However, please understand that a positive performance evaluation does not guarantee an increase in salary, a promotion, or continued employment. Compensation increases and the terms and conditions of employment, including job assignments, transfers, promotions, and demotions are determined by and at the discretion of management.

In addition to these formal performance evaluations, the Company encourages employees and team leaders or managers to discuss job performance on a frequent and ongoing basis.

**Job Abandonment**

If an employee fails to report to work for three (3) consecutive scheduled workdays without notifying his/her team leader or manager, the employee will be considered to have voluntarily resigned as of the last day of work.

**Employee Dress Code/Personal Appearance Guidelines**

Work attire should complement an environment that reflects an efficient, orderly, and professionally operated organization. The Company expects its employees to be well groomed, clean, and neat always. This also includes good personal hygiene. These guidelines are not intended to be all inclusive but should assist in personal appearance decisions.

**Employment of Relatives**

Employment of relatives (including spouses) will be reviewed on a case-by-case basis to ensure that such employment does not involve a conflict of interest or other adverse consequences to business operations.

**Employee Conduct and Behavior**

The Company has established rules of conduct to ensure a professional working environment for its employees. Violation of any of these rules may result in some type of disciplinary action ranging from verbal counseling and/or written warnings, probation, suspension, and/or possible termination of employment.

In order to aid employees in avoiding the sort of conduct that might lead to disciplinary action, a list of infractions, which may result in such action, has been compiled. Since it is impossible to enumerate every act or omission which would justify the imposition of disciplinary action, the list is not intended to be all inclusive. All rules are subject to revision by the Company, as management deems necessary. The following are examples of types of employee conduct which are not permissible, and which may result in disciplinary action, up to and including termination:

- Falsification of Company records, including employment applications, job-related inquiries, timecards or expense reports
- Insubordination
- Unacceptable job performance
- Excessive lateness or unauthorized absences

- Disregard of any Company policy, practice or procedure
- Engaging in behavior that could endanger oneself or a fellow employee
- Fighting, engaging in violent conduct, disorderly or disruptive behavior
- Behavior offensive to other employees or clients
- Unauthorized use of Company property, equipment, information or software
- Abuse, misuse or stealing the Company's or other employees' property or equipment
- Violations of federal, state or local laws affecting the Company or your employment with the Company
- Carrying a firearm, including a concealed handgun, an openly carried handgun, or other dangerous weapon while on Company premises without written approval of a Partner *
- Conviction of a felony or other crime that includes being unfit for the job or that raises a threat to the safety or well-being of the Company, its employees, clients, or property
- Violating the Company's Drug and Alcohol Policy
- Use or unauthorized possession of or soliciting others to use intoxicants, drugs or narcotics

The above examples are not intended to be all inclusive but are intended as guidelines to be applied on a case-by-case basis as appropriate under the circumstances. Team leaders or managers are available to discuss standards for assigned departments, as well as standards of performance for assigned positions.

### *Prohibition of Firearms in the Workplace*

*Pursuant to Section 30.06, Penal Code (trespass by license holder with a concealed handgun), a person licensed under Subchapter H, Chapter 411, Government Code (handgun licensing law), may not enter this property with a concealed handgun without the written approval of a Partner.*

*Pursuant to Section 30.07, Penal Code (trespass by license holder with an openly carried handgun), a person licensed under Subchapter H, Chapter 411, Government Code (handgun licensing law), may not enter this property with a handgun that is carried openly without prior written approval from a Partner.*

### Progressive Discipline

Violation of company policies and rules, including those contained in the Employee Handbook may warrant disciplinary action. Forms of discipline include verbal corrections/counseling, written warnings, probation, suspensions (with or without pay) and/or terminations. Other forms of discipline may include demotions, transfers, or reduced pay or bonuses.

Team leaders or managers may administer discipline depending on facts and circumstances, and the company may, at its sole and absolute discretion, utilize whatever form of discipline is deemed appropriate under the circumstances, up to and including immediate termination of employment.

<u>This policy is not binding and is at the discretion of management. Employment with the firm remains at-will, and the company's policy for discipline in no way limits or alters the at-will employment relationship.</u>

## Complaint Procedures

Any employee who has a misunderstanding or complaint concerning work conditions, procedures, policies, or anything related to work, should follow the method for resolving the problem as set out below:

### Step 1: Contact Your Team Leader or Manager

When possible, try to resolve the situation with your team leader or manager. He/she may offer a new perspective or new facts that may be helpful in resolving the issue. It is important that problems are addressed in a timely manner.

### Step 2: Contact Michael Grinsfelder

If your team leader or manager is involved with the problem or does not provide a satisfactory response, you should meet with your team leader or manager. You may request that your team leader or manager attend or not attend. At this meeting, the issue should be explained in detail to the team leader or manager, who will then address it and provide a fair and swift answer.

### Step 3: Contact a Partner: Kier McAlpine, Robert Morse, or John Daspit

When, and if necessary, the final step in the complaint procedure is to involve a Partner, who will make the final decision. He will review the complaint and discuss it with the applicable personnel in order to provide a prompt solution.

For proper procedures specific to harassment complaints, see the procedure outlined in the Harassment Policy section above.

## Employee Work Product

All employees are reminded that anything produced on Company premises or with company equipment, resources, or contacts, during working hours, or as part of your work responsibilities, remains the property of the Company. No work product created on behalf of the Company, on Company premises, on Company time and/or using Company equipment while employed at the Company can be claimed, construed or presented as property of the individual, even after completion of the project or termination of the employment relationship. This includes but is not limited to documents; files, computer records, confidential information, trade secrets, and creative work. Any use of Company property for non-work-related purposes must have prior authorization in writing.

18

## TECHNOLOGY & COMPANY INFORMATION SYSTEM POLICY

### Electronic Mail "E-Mail"/Computer Information

The use of the computer information systems, including the local area network, E-mail system, and Internet access, is for the use of authorized personnel and business purposes only. Individuals using this computer system without authority or in excess of their authority are subjected to disciplinary action within the limits of the law. This system is not for commercial advertisements, distasteful jokes, swearing, engaging in computer games, recreational "web surfing," sending chain letters, or personal communications except for concerted protected activity during nonworking time. Solicitation by electronic mail system is prohibited consistent with the Company's No-Solicitation Policy. The e-mail system shall not be used to send jokes or other comments or materials that may be discriminatory, harassing, or offensive to others, or to send materials that defame an individual, a company or business, or disclose personal information, "Hacking," harassing or other violations/incidents of the above-mentioned guidelines are grounds for immediate dismissal.

No executable files, programs or software are to be downloaded via the Internet without prior management approval. In the course of monitoring individuals improperly using the system or during system maintenance, the activities of all users will be monitored. To protect our system's security, every user should use a personal password to access the system. Using another person's password or giving your password away is prohibited.

Any inappropriate e-mail communication should immediately be reported to your team leader or manager. Violation of this policy will result in disciplinary action, up to and including termination.

### No Expectation of Privacy

**Employees have no expectation of privacy in any company owned or provided electronic communication systems or devices, or on any electronic communication systems or devices that you are used while you are working.** Bear in mind that while using company issued equipment including computers, laptops, cell phones, smart phones, tablets, etc., you have no expectation of privacy in your communications.

It may be necessary to periodically review and inspect information contained in employees' computers, including computer files and E-Mail messages. For security reasons, some of the investigations will be unannounced. Decisions concerning this policy are within the sole discretion of management. The use of computers to store personal information or to send personal communications will be deemed consent to this information being reviewed by the Company, as once information is placed on the Company's computers, it is considered Company property.

Although the Company has the right to retrieve and read any e-mail messages, those messages should still be treated as confidential by other employees and accessed only by the intended recipients. Employees are not authorized to retrieve or read any e-mail messages that are not sent to them. Employees are also reminded that items in this area are covered under the Company's Confidentiality policy.

**Confidentiality**

Generally, sensitive or proprietary information should not to be sent via the e-mail system. If it is necessary to transmit such information through the e-mail system, such information should never be transmitted to outside individuals not authorized to receive that information. E-mail messages that contain trade secrets or other confidential information should have their confidential nature designated in bold at the top of the message. Violation of this Policy will result in appropriate disciplinary action, up to and including termination.

**Prohibition of Tape Recording**

The Company prohibits the tape recording of conversations in the workplace. The only exceptions to this policy are if the tape recording will assist in a Company investigation, is authorized by a Partner, or is permitted by law. If a tape recording is to be made, the employee who is being recorded will be informed of the recording and will be asked to consent to the recording. If the employee does not consent, no tape recording will be made. Employees who violate this policy will be subject to disciplinary action, within the limits of the law.

## CELL PHONE POLICY

Employees should not use personal cell phones or other personal electronic devices (including iPods, mp3 players, etc.) in the call center during their scheduled business hours unless it is for work purposes. Cell phones and other personal electronic devices must be kept in the employee's desk, purse/bag, or concealed from view. Any employee who violates any part of this policy will be subject to disciplinary action, up to and including termination.

An employee's emergency contacts may be given the company's main reception line in case of an emergency during business hours. The caller should indicate to reception that there is an emergency so the call can be immediately patched through. Abuse of the main line number, or any other business number, for personal use is subject to disciplinary action, up to and including termination.

Exceptions to this policy for personal reasons must be approved by the employee's team leader/manager and a Partner, in writing, ahead of the time. Exceptions will be considered on an individual case-by-case basis for good cause.

Cell phone usage is permitted immediately outside of the work area, or in the break room.

## SOCIAL MEDIA POLICY

The use of social media, such as Facebook, LinkedIn, Twitter, YouTube, is strictly prohibited during business hours. While the Company respects your right to utilize social media outside of the office, please realize that the content produced may have a profound effect on the Company, its relationships with customers and clients, and its overall well-being. Any employee who fails to adhere to any of the Company's expectations regarding online social media behavior will be subject to discipline up to and including termination.

**Expectations for Employees' Personal Behavior While Using Online Social Media**

1. **Ethical Behavior.** Always adhere to the conduct policies in this handbook. The Company has zero tolerance for behavior that is harassing, discriminatory, offensive, illegal, or disparaging of any person or company, whether in cyberspace or the workplace.

2. **Personal Responsibility.** Remember that YOU are responsible for your actions. If you post anything that may tarnish the Company's image, you are just as responsible as if you had said it directly to your team leader/manager or other employee. We While you may choose to participate in online social media, do so while exercising sound judgment and common sense.

3. **Respect Confidential Information.** Do not ever disclose information that is confidential, including proprietary company information, customer information, supplier and vendor information, personal employee information, pricing information, copyrighted information such as the Company logo, name, or image, trademarks, and any other information not generally available to the public.

**Note:** Nothing in this policy is meant to, nor should be interpreted to, in any way limit your rights under any applicable federal, state, or local laws, including your rights under the National Labor Relations Act.

21

## FAMILY AND MEDICAL LEAVEACT (FMLA)

The Company offers the benefit of Family and Medical Leave to eligible employees of the Company. After having completed at least one year of continuous service (including 1,250 hours in the last 12 months), an employee may submit a written request to take Family and Medical Leave. The leave may be paid, unpaid, or a combination of paid and unpaid, depending on the circumstances and as specified in this policy.

Eligible employees must notify their leader/manager in writing of the intention to take leave at least 30 days in advance of foreseeable events and as soon as possible for unforeseeable events. When applicable, the following documents must also be forwarded to your leader/manager or Human Resources as soon as possible:

- FMLA paperwork – Completed by the employee (or designee if employee is unable to complete the document due to medical incapacitation or emergency hospitalization) and the employee's leader/manager.

- Healthcare Provider's Statement – Statement should indicate the beginning and ending dates, signed and dated by the physician of record.

- Status Change Form – Signed by the employee's leader/manager.

Employees returning from FMLA leave for personal health reasons must submit a Healthcare Provider's Statement that releases the employee to return to active duty. This Statement must be received before returning to work.

Any employee taking authorized FMLA leave must use all PTO hours (and exercise their long-term disability insurance benefits if applicable) before continuing leave on an unpaid basis.

The same health care benefits and life insurance coverage provided to an employee on the day prior to taking FMLA leave will be maintained during the term of the authorized leave, provided the employee continues to pay any required premiums for any applicable benefits. If the employee fails to pay his or her share for any applicable dependent coverage, benefits shall be suspended for the dependents until applicable premiums are received.

So that the employee's return to work may be properly scheduled, an employee on medical leave must give his or her leader/manager at least one-week advance notice of the date the employee intends to return work. When an employee's FMLA leave ends, the employee will be reinstated to the same position, if it is available, or to an equivalent position for which the employee is qualified.

Falsifying a reason for a leave of absence or accepting other employment while on an approved leave of absence is cause for termination. If the employee fails to return to work on the agreed upon return date, the Company will assume the employee has voluntarily resigned.

**Jury Duty**

The Company encourages you to fulfill your civil responsibilities by reporting to jury duty when required. You may request up to five (5) days of paid jury duty leave over any one-year period; however, you will be eligible to receive compensation only for those days on which you would otherwise have been scheduled to work.

You must show the jury duty summons to your team leader/manager as soon as possible so that the he/she may plan to accommodate your absence. Failure to return to work immediately upon the conclusion of any jury duty service will constitute grounds for disciplinary action.

**Military Leave**

Leaves of absence, without pay, may be taken for Military or Reserve duty. Employees who are called or who volunteer for active Military Duty, Reserves or National Guard must submit copies of their military orders to the Company before reporting for duty. Once their period of service has ended, they are expected to immediately return to work.

Employees on Military Leave may use any/all PTO. In order to do so, however, written requests must be submitted to the Company at least ten days before departure.

All federal and state laws will be observed in determining eligibility for reinstatement.

**Personal Leaves of Absence**

Subject to a Partner's approval, eligible employees may apply to take unpaid personal leaves of absence for up to 30 calendar days. Before a personal leave of absence will be considered, an employee must have exhausted all other eligible leave.

**Returning from Leave**

Please notify your team leader/manager at least seven (7) days before your expected return date or as soon as possible that you intend to return from a leave of absence. If you are on a medical leave of absence, you must provide the Company with a medical clearance form before you return to work.

23

## SECURITY AND SAFETY

**Security**

All employees are expected to maintain a safe and secure environment. Security policies and procedures are designed to safeguard employees and visitors, as well as the Company's property, confidential information, and facilities. All employees are expected to take normal precautions to protect their personal property and themselves. If an employee becomes aware of a current or potential security problem, including theft of personal or Company property, it should be reported immediately to your team leader/manager.

**Secure Areas**

Each Company employee has a responsibility to protect the Company's sensitive and proprietary information critical to its business. Therefore, when you leave any locked area you are expected to make sure that it is properly secured. Do not give keys to anyone who is not authorized. Only employees are allowed in the locked areas, unless prior written authorization of a Partner has been obtained.

From time to time, the Company may be required to conduct internal investigations pertaining to security, auditing, or work-related matters. You are expected to cooperate and assist in these investigations if requested; failure to do so may result in disciplinary action, up to and including termination.

**Computer Equipment Usage**

If an employee needs to take a Company computer home to perform work, he or she must obtain authorization from their team leader/manager in advance. Nobody is to take any equipment off Company property without prior approval from an authorized Company representative.

Employees who have been assigned a password to the Company computers are to keep the password confidential. Additionally, employees are not to copy Company data without receiving written authorization from their team leader/manager. Any employee who shares his or her Company-assigned computer password or copies or distributes Company-owned software outside the Company will be subject to disciplinary action, up to and including termination.

**Software**

The Company provides software to its employees for the sole purpose of performing business functions. The Company observes all copyright laws and regulations; we do not condone or allow the use of unauthorized (or pirated) software.

Unauthorized software or shared programs may contain computer viruses that may cause irretrievable loss of data and/or damage to our systems. The consequences to our business are obvious. Computer viruses can enter a system from many sources. Most often it happens through an illegal copy of software, downloading files from the Internet or a bulletin board or novelty programs. No software may be copied from one machine to another or brought in from the outside, unless specifically authorized by your team leader/manager.

24

Only original copies of software purchased by the Company or internally written software may be used on our equipment. If you have work-related products or free or demonstration software that you need to use on your computer, it must be checked and approved in advance by your team leader/manager and the IT Department.

**Safety**

Every employee should understand the importance of safety in the workplace. By remaining safety-conscious, employees can protect their own interests as well as those of their co-workers. Accordingly, the Company expects all employees to take steps to promote safety in the workplace. Employees who violate safety standards, who cause hazardous or dangerous situations, or who allow such conditions to remain when they could be effectively remedied, will be subject to disciplinary action, up to and including termination.

Whenever an employee identifies an unsafe condition or an occupational safety and health risk, the matter should be reported immediately to the employees' team leader/manager if the employee is unable to remedy the situation themselves. If that person is not available, the employee should immediately inform any other team leader/manager of the situation.

**Reporting Accidents**

Every occupational injury or illness, no matter how insignificant it may seem at the time of the occurrence, must be reported immediately to your team leader/manager or other Company representative.

**Workers' Compensation**

Employees experiencing illness or injury arising from their employment may be eligible for workers' compensation. Pursuant to applicable state law, the Company will provide a claim form and notice of potential eligibility for benefits to employees after receiving knowledge of a work-related injury. Workers' compensation does not cover you for accidents or injuries during commute or other non-work times.

**Employment Arbitration**

At all times during employment, employees are bound by the Company's most current Mutual Agreement to Arbitrate Claims. The most current language of that Agreement supersedes anything in this Handbook. The most current Mutual Agreement to Arbitrate Claims is a condition of employment and your continued employment constitutes acceptance of the Agreement.

25

## TERMINATION

**Return of Property**

On or before your last day of work, you are responsible for the return to Human Resources of all property, materials, or written information issued to you by the Company or in your possession or control, including, but not limited to computers, software, phones, credit cards, identification cards, business cards, security cards, building passes, parking passes, office and desk keys.

**Resolution of Financial Obligations**

You are responsible for resolving, through repayment or settlement, all financial obligations to the Company before your last day of work. This includes, but is not limited to, repayment or settlement of all loans, cash advances and any other indebtedness to the Company.

In addition, if you have any outstanding claims for expenses, or other purported financial obligations owed by the Company to you, it is your responsibility to notify the Company of your claims within thirty (30) days of your departure, otherwise such claims may be denied.

26

## ACKNOWLEDGMENT OF RECEIPT

I have received my copy of the Company Handbook. I have read and I understand the policies, procedures, work rules, and regulations it contains and accept them as a condition of my employment.

I understand that the Company Handbook may be updated and revised from time to time and that I will be made aware of any changes to the Handbook via e-mail or by my team leader/manager.

I understand that my employment is "at will" and may be terminated at any time by either party with or without cause.

Employee Name (Printed): _Neelam N Kaintura_

Employee Signature: _Neelam_

Date: _02|08|2022_

Received by Manager/Team Leader: _____

Date: _____

27

# CONFIDENTIALITY & NON-DISCLOSURE AGREEMENT

**INTRODUCTION:**

This is a Confidentiality& Non-Disclosure Agreement between Daspit Law Firm and the undersigned, ("Receiving Party" or "RP"), an employee or independent contractor of Daspit Law Firm. In exchange for not disclosing the confidential information of Daspit Law Firm, RP will receive the adequate and valuable consideration, the sufficiency of which is duly acknowledged, of continued employment/an ongoing business relationship and access to the confidential information.

**COVENANT:**

RP specifically understands and agrees that- other than as is necessary to perform their employment duties or faithfully perform their obligations in the business relationship - they shall maintain strict confidence and not disclose, refer, publicize, identify, discuss, or acknowledge any confidential, proprietary, private, personal, financial, legal, operational or business information related in any manner to Daspit Law Firm, or any of its employees, customers, vendors, subsidiaries, affiliates or clients. This includes but is not limited to: all information identified in the Uniform Trade Secrets Act as confidential or a trade secret; salary information, information related to ongoing, potential or concluded legal proceedings; matters pertaining to any regulatory or administrative agency of either local entities, state of Texas or the federal government; matters in any way pertaining to, identifying, describing or discussing customers, clients, employees, vendors, or suppliers; any information protected or covered by HIPAA; information related to marketing, products, and services; upcoming litigation strategies; trade secret information; processes; technical data; financial data; any information that would harm Daspit Law Firm's businesses, reputation, clients or customers; intellectual property; pricing and rates for products and services; customer and provider lists and data; ideas; specifications; financial information; software; computer programs; marketing plans and strategies; business plans, methods, and models; or any other information or knowledge RP obtained in connection with RP's employment or business relationship with Daspit Law Firm. RP further understands that if they aide, assist, conspire with, transfer, or communicate any of the information identified above to a third party and that third party publicizes or releases the information, RP will violate this section. A third party can be a co-employee at Daspit Law Firm who is not specifically authorized to receive such information.

**LIQUIDATED DAMAGES:**

RP understands and agrees that because the assessment of damages for any breach of the Non-Disclosure Agreement may be difficult or impossible to ascertain or quantify; in the event RP either directly or through a third party discloses information in violation of this non-disclosure agreement; RP shall be liable for and responsible to pay to Daspit Law Firm the sum of Ten Thousand and no/100 Dollars ($10,000.00) as liquidated damages for such breach. This provision in no way limits Daspit Law Firm from pursuing such other legal or equitable remedies Daspit Law Firm as it may be entitled to including, but not limited to, attorney's fees, damages and/or injunctive relief

Accepted by:                                        Accepted by:

**RECEIVING PARTY**                                 **DASPIT LAW FIRM**

Date: 02 08 2022                                    Date: _____

## MUTUAL AGREEMENT TO ARBITRATE CLAIMS

Daspit Law Firm and its employees (collectively the "Parties") agree to arbitrate any dispute, claim, or controversy ("Claims") that may arise between the Parties or any corporate affiliate, subsidiary, owner, officer, or director of Daspit Law Firm unless otherwise agreed to in writing. The Parties agree that this Mutual Agreement to Arbitrate Claims ("Agreement") applies to any dispute that occurred before or after this Agreement took effect.

The Parties agree that the mutual promises exchanged herein are sufficient consideration to support this Agreement. Moreover, all Daspit Law Firm employees agree that their continued employment with Daspit Law Firm constitutes their agreement to be bound by this Agreement as well as additional sufficient consideration in support of this Agreement.

**Disputes Covered:**

Claims include *all disputes,* including statutory and common law claims, whether under state, federal, or local law, including, but not limited to, theories arising under breach of implied or express contract, implied covenant of good faith and fair dealing, constructive discharge, wrongful discharge, negligence, gross negligence, defamation, false imprisonment, worker's compensation retaliation, intentional infliction of emotional distress, misrepresentation, personal injury, wage and hour claims, claims arising from work-related activities, unsafe workplace, unlawful discrimination, retaliation, or harassment, sexual harassment, violations of Title VII of the Civil Rights Act, as amended, Age Discrimination in Employment Act (ADEA), Americans with Disabilities Act (ADA), Family and Medical Leave Act (FMLA), Fair Labor Standards Act (FLSA), or any other dispute between the Parties.

**Arbitration Procedure:**

The Parties agree that the Claims shall be finally decided by arbitration administered by the American Arbitration Association (AAA) pursuant to its Employment Arbitration Rules & Mediation Procedures in effect at the time the dispute is arbitrated unless otherwise agreed to in writing by the Parties. In the event that AAA is unable or unwilling to hear the case, alternate arbitrators may be selected by the parties or court.

A copy of the AAA Employment Arbitration Rules & Mediation Procedures is available online at: https://www.adr.org/Rules

Initial Here:

29

**Class Action Waiver:**

In consideration for the mutual promises contained in this Agreement, and employees' continued employment at Daspit Law Firm, the Parties agree that neither shall have the right to:

Arbitrate any Claim on a class or collective action basis or in a purported representative capacity on behalf of any fellow employees, contractors, or anyone similarly situated.
Join or to consolidate in any arbitration Claims by brought or against the Parties, unless otherwise agreed to in the writing by all Parties.
Litigate any Claims in court or to have a jury trial on any Claims; and
Participate in a representative capacity or as a member of any class of claimants in an action in a court of law pertaining to any Claims.

**Arbitration Costs:**

Daspit Law Firm agrees to reimburse all fees, costs, or other charges charged by AAA or any other organization administering an arbitration proceeding, pursuant to these provisions that are above and beyond the filing fees of the federal or state court in the jurisdiction in which the dispute arises, whichever is less. The Parties agree that they will each be responsible for their own costs of legal representation, if any, except where such costs of legal representation may be awarded as a statutory remedy by an arbitrator.

**Severability:**

If any part of this Agreement is found to be unenforceable, the remaining portions will remain in full effect.

**Enforcement of Arbitration Awards:**

Any award by an arbitration panel shall be final and binding upon the parties. Judgment upon the award may be entered by any court having jurisdiction thereof or having jurisdiction over the relevant party or its assets.

This Agreement is covered and enforceable under the terms of the Federal Arbitration Act.

Initial Here: _Neelam_

30

## ACKNOWLEDGEMENT

I UNDERSTAND THAT THIS AGREEMENT IS EFFECTIVE FROM THE DATE OF MY EMPLOYMENT. I ALSO UNDERSTAND THAT IT RESTRICTS MY RIGHT TO SUE MY EMPLOYER AND APPLIES TO ANY CLAIM, INCLUDING THOSE THAT OCCURRED BEFORE THE DATE I SIGN BELOW.

I HAVE READ THE AGREEMENT ABOVE CAREFULLY AND HAVE BEEN GIVEN THE OPPORTUNITY TO CONSIDER THE TERMS AND EFFECT ON ME. BY MY SIGNATURE BELOW, I KNOWINGLY AND VOLUNTARILY AGREE TO BE BOUND BY THE TERMS AND CONDITIONS OF THIS AGREEMENT.

Employee Name (Print): _Neelam . N. Kaintura_

Employee Signature: _Neelam._

Date: _02 | 08 | 2022_

Team Leader, Manager (Print): _____

Team Leader, Manager Signature: _____

Date: _____