United States District Court
Southern District of Texas
**ENTERED**
June 20, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **NEELAM KAINTURA,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-00922 |
| § | |
| **DASPIT LAW FIRM, PLLC,** § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Plaintiff Neelam Kaintura brought this suit against Defendant Daspit Law Firm, PLLC under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 et seq., alleging unlawful wage and hour violations on behalf of herself and others similarly situated.

On June 20, 2023, the Court dismissed this case without prejudice to the underlying claims. Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendant.

**IT IS SO ORDERED**.

Signed at Houston, Texas on June 20, 2023.

_____
Keith P. Ellison
United States District Judge